JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA BURKS, | Case No. CV 18-1859-GW(JPRx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| ALLSTATE INSURANCE COMPANY, et al., | |
| Defendants. | |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

     IT IS SO ORDERED.

Dated: September 25, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE